United States District Court
Southern District of Texas
**ENTERED**
January 24, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BISHOP ISHMAEL SAM, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-cv-03334 |
| | § | |
| JERRY TACHIE-MENSON, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On December 23, 2021, Defendant Jerry Tachie-Menson's Motion to Dismiss (Dkt. 18) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 22. Judge Edison filed a Memorandum and Recommendation on January 3, 2022, recommending that the Motion to Dismiss (Dkt. 18) be **GRANTED**. *See* Dkt. 23.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

(1)   Judge Edison's Memorandum and Recommendation (Dkt. 23) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)   Defendant Jerry Tachie-Menson's Motion to Dismiss (Dkt. 18) is **GRANTED**.

SIGNED this 21st day of January 2022.

_____

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE