# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
March 02, 2022
Nathan Ochsner, Clerk of Court

No. 22-20103

A True Copy
Certified order issued Mar 02, 2022

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

---

Bishop Ishmael Sam, *also known as* Bishop Sam,

*Plaintiff—Appellant,*

versus

Jerry Tachie-Menson,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3334

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of March 02, 2022, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 02, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20103   Sam v. Tachie-Menson
                      USDC No. 4:21-CV-3334

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Shawn D. Henderson, Deputy Clerk
                            504-310-7668

cc w/encl:
    Mr. Dean J. Schaner
    Mr. Andrew C. Stebbins